29 A.3d 1149

COMMONWEALTH of Pennsylvania, DEPARTMENT
OF CORRECTIONS, Appellee

v.

David LEHRMAN, Appellant.

Supreme Court of Pennsylvania.

Sept. 28, 2011.

*ORDER*

PER CURIAM.

AND NOW, this 28th day of September, 2011, the Order of
the Commonwealth Court is AFFIRMED.